IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA LANE | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-0537 |
| | : | |
| USAA GENERAL INDEMNITY COMPANY | : | |

## ORDER

**AND NOW**, this  18th  day of  October , 2019, upon consideration of Defendant USAA General Indemnity Company's Motion for Leave to Supplement Affirmative Defenses (ECF No. 18) and Defendant's Motion for Summary Judgment (ECF No. 22), it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED.**

                                       **BY THE COURT:**

                                       **R. BARCLAY SURRICK, J.**